NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OTNIEL CALDERON,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-3691
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____     )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Tom Barber,
Judge.

PER CURIAM.

        Affirmed.  See § 775.082(1), Fla. Stat. (1997); Williams v. State, 707 So.

2d 683 (Fla. 1998); Orjales v. State, 758 So. 2d 1157 (Fla. 2d DCA 2000).

MORRIS, BLACK, and ROTHSTEIN-YOUAKIM,JJ., Concur.